Sean O. Anderson
Legal Officer
NATIONAL PARK SERVICE
Legal Office
P.O. Box 517
Yosemite, California  95389
Telephone:  (209) 372-0241

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>              Plaintiff,<br><br>         v.<br><br><br>DORI L. COCKRELL,<br><br>              Defendant. | Docket Number  6:21-po-00153-HBK<br><br>**MOTION TO DISMISS; AND ORDER THEREON** |

Pursuant to Rule 48 of the Federal Rules of Criminal Procedure, and by leave of Court endorsed hereon, the United States hereby moves the Court for an order of dismissal of case *6:21-po-00153-HBK,* without prejudice and in the interest of justice. The Government also respectfully requests the Court to waive the $100 fine for failure to appear on April 6, 2021 and recall the associated warrant and/or abstract.

                                                                                                      Respectfully submitted,

                                                                                                      PHILLIP A. TALBERT
                                                                                                      United States Attorney

//
//
//

Dated:  April 19, 2021                    /S/ *Sean O. Anderson*
                                          SEAN O. ANDERSON
                                          Legal Officer
                                          Yosemite National Park


**<u>ORDER</u>**

Upon motion of the United States brought under Fed. R. Crim. Pro. 48, the matter of *United States v. Cockrell*, case no. 6:21-po-00153-HBK (violation no. 9292555) is hereby dismissed without prejudice, in the interest of justice. Additionally, the $100.00 additional fine assessed for defendant's failure to appear at the April 6, 2021 initial appearance hearing is rescinded and the warrant and/or abstract is recalled.

IT IS SO ORDERED.

Dated:   April 19, 2021                   /s/ Helena M. Barch-Kuchta
                                          HELENA M. BARCH-KUCHTA
                                          UNITED STATES MAGISTRATE JUDGE